NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3002

MARK D. EISELE,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board
in DC0752080626-C-2.

ON MOTION

Before LOURIE, Circuit Judge.

## ORDER

Mark D. Eisele moves for discovery and for an extension of time to file his opening brief.

This court decides the case based upon the documents that were submitted to the Merit Systems Protection Board. Fed. R. App. P. 16(a)(3). Thus, additional discovery on appeal is not appropriate.

Accordingly,

IT IS ORDERED THAT:

(1) The motion for discovery is denied.

(2) The motion for an extension of time is granted. Eisele's brief is due no later than January 15, 2010.

FOR THE COURT

NOV 2 5 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mark D. Eisele, Esq.
     Richard P. Schroeder, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 5 2009

JAN HORBALY
CLERK

2010-3002                        - 2 -